SCOTT N. JOHNSON, ESQ., SBN 166952
Law Offices of SCOTT N. JOHNSON
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
TELEFAX (916) 485-3516

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>      Plaintiff,<br><br>vs.<br><br>JAMES L. KOURETAS; and DOES 1 through 10, inclusive,<br><br>      Defendants. | Case No.: CIV.S 05-CV-00453-DFL-PAN<br><br>**STIPULATED DISMISSAL AND** *Proposed* **ORDER**<br><br>Complaint Filed: MARCH 7, 2005 |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that this action be and is hereby dismissed with prejudice pursuant to FRCP 41 (a)(2).

PDF created with pdfFactory trial version www.pdffactory.com

1  Dated: __November 16, 2005____

2                                                         /s/James L. Kouretas
                                                          James L. Kouretas
3                                                         Defendant, In Pro Per

4

5

6  Dated: __November 16, 2005__         /s/Scott N. Johnson
                                        SCOTT N. JOHNSON
7                                       Plaintiff, In Pro Per

8

9  **IT IS SO ORDERED**.

10

11  Dated:  11/28/2008

12

13                                          _____

14                                          DAVID F. LEVI
                                            United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

STIPULATED DISMISSAL and Proposed ORDER                    CIV: S-05-00453-DFL PAN

PDF created with pdfFactory trial version www.pdffactory.com